JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-3914-GW-AGRx | Date | September 20, 2023 |
|---|---|---|---|
| Title | *Vivek Shah v. Blueground US, Inc.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

None Present                                                None Present

**PROCEEDINGS:**   IN CHAMBERS - FINAL RULING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT [13]


The Tentative Rulings [16, 19] are adopted as the Court's Final Rulings. The Court dismisses the above-entitled action for lack of subject matter jurisdiction.

:

Initials of Preparer   JG